UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WANDA DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CITY OF SEATTLE, a municipality, and JORGE CARRASCO, an individual,<br><br>        Defendants. | Case No. C06-1659TSZ<br><br>TAXATION OF COSTS |

    Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF WANDA DAVIS , and on behalf of DEFENDANT CITY OF SEATTLE in the amount of $15,689.10 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  FILING FEE | $350.OO | 0 | $350.00 |
| II.  DEPOSITION COSTS | $14,615.85 | 0 | $14,615.85 |

Clerk allowed as taxable costs all expenses incurred for depositions actually used by either party in support of or in opposition to motions filed. All of the depositions for which costs are requested were referred to by one of the parties in their pleadings.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.  COPY COSTS | $2,016.27 | $1,511.27 | $505.00 |

Costs associated with production of discovery materials are not taxable. Costs directly tied to case filings are allowed. Clerk determined that 25% of the total requested costs were for the filing of pleadings within the case.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. WITNESS COSTS | $204.00 | 0 | $204.00 |

Witness travel costs are taxable.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V.   OTHER COSTS | $14.25 | 0 | $14.25 |

Dated this ____25th____ day of FEBRUARY, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2